UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

COLLEEN HUELGA,

        Plaintiff,

                              Case No. 07-15230

v.

                              HONORABLE AVERN COHN

COMMISSIONER OF SOCIAL SECURITY,

        Defendant.
_____/

### ORDER ADOPTING REPORT AND RECOMMENDATION
### AND
### GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT
### AND
### DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT
### AND
### DISMISSING CASE

      This is a social security case. Plaintiff Colleen Huelga appeals from the final determination of the Commissioner of Social Security (Commissioner) that she is not disabled and therefore not entitled to disability insurance benefits. The matter was referred to a magistrate judge for all pretrial proceedings. Plaintiff and the Commissioner filed cross motions for summary judgment. The magistrate judge issued a report and recommendation (MJRR) recommending that the Commissioner's motion be granted, that Plaintiff's motion be denied, and the case be dismissed.

      Neither party has filed objections to the MJRR and the time for objections has passed. The Court has reviewed the MJRR and agrees with the magistrate judge.

Accordingly, the findings and conclusions of the magistrate judge are adopted as the findings and conclusions of the Court.  The Commissioner's motion for summary judgment is GRANTED.  Plaintiff's motion for summary judgment is DENIED.  This case is DISMISSED.

 SO ORDERED.

                s/Avern Cohn
                AVERN COHN
                UNITED STATES DISTRICT JUDGE

Dated:  February 6, 2009

 I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, February 6, 2009, by electronic and/or ordinary mail.

                s/Julie Owens
                Case Manager, (313) 234-5160